(124 So. 250)

### Rob PARKER v. STATE. (1 Div. 566.)

Supreme Court of Alabama.   Oct. 17, 1929.

Frank G. Horne, of Atmore, and Inge, Stallworth & Inge, of Mobile, for petitioner. Charlie C. McCall, Atty. Gen., opposed.

PER CURIAM.  Petition of Rob Parker for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Parker v. State, 124 So. 249.

Writ denied.

ANDERSON, C. J., and SAYRE, THOMAS, and BROWN, JJ., concur.